# *Giuliano McDonnell & Perrone, LLP*

**New York City Office**
5 Penn Plaza, 23rd Floor
New York, New York 10001
Tel:   (646) 328-0120
Fax: (646) 328-0121

**New Jersey Office**
2001 US Hwy 46
Suite 310
Parsippany, NJ 07054
Tel: (973)-302-0120
Fax: (973)-302-0121

**Florida Office**
6615 W. Boynton Beach Blvd.
No. 351
Boynton Beach, FL  33437
Tel: (561) 337-8816
Fax: (561) 337-4653

Reply to Long Island

**Long Island Office**
170 Old Country Road
Suite 608
Mineola, NY 11501
Tel:  (516) 214-8448
Fax: (516) 414-7905

**www.gmplawfirm.com**

December 15, 2025

**Via ECF**

Honorable Margaret M. Garnett
United States District Judge
United States District Court Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Trailer Bridge, Inc. v. Zurich Am. Ins. Co.*
      S.D.N.Y. Civil No. 24-cv-09529-MMG
      Our File No.:  E732

Dear Judge Garnett:

We represent Defendant Zurich American Insurance Company ("Zurich") in connection with the above-referenced matter.  Jointly with Noe Hamra, Esq., counsel for Plaintiff Trailer Bridge, Inc. ("Trailer Bridge"), we respectfully request a thirty-day interim stay of discovery pending the parties' forthcoming, confirmed mediation on January 7, 2026.  The stay is warranted because the parties are devoting their time and efforts to the mediation and its concomitant briefing on the issues, but which is resulting in a slowing of discovery.  The parties consider it prudent and, indeed, obligatory, to advise the Court of their activities because they will be required to seek an extension of the current discovery schedule if the mediation is unsuccessful.  Thus, the parties seek the Court's endorsement of their efforts to resolve this matter by granting the interim stay (or, alternatively, a further extension of time to complete discovery if such becomes necessary).

As the Court may recall, this matter arises out of an insurance coverage dispute under the Ocean Cargo Policy that Zurich issued to Trailer Bridge.  This dispute, however, involves twenty-nine individual shipments, of which three additional shipments were added to the Complaint last month.  Trailer Bridge submitted individual claims for each of the twenty-nine shipments and

December 15, 2025
*Trailer Bridge, Inc. v. Zurich Am. Ins. Co.*
Civil No. 24-cv-09529-MMG
Page 2


Zurich adjusted them separately. The parties are confident that with the last additions to the Complaint all claims within the general parameters of Trailer Bridge's lawsuit have been identified and added to the litigation. While there is a commonality among the parties' disputes, the twenty-nine underlying shipments/claims that are at issue make this matter more complex than a typical coverage dispute.

Nonethless, the parties are pleased to report that within the last two weeks they completed all depositions they anticipate conducting in connection with the underwriting of the insurance policy at issue, including corporate representatives on those underwriting issues and certain non-parties. The areas of discovery that remain incomplete pertain to the individual shipments and claim adjustments. Because of the extensive nature of the underlying twenty-nine shipments/claims, the parties anticipate that as many as six additional depositions may be required. However, the parties have committed themselves to meaningful settlement discussions and the mediation. The parties are of the shared opinion that the resources that would otherwise be incurred with discovery concerning the underlying shipments/claims are better devoted to the mediation. Therefore, the parties respectfully request a thirty-day stay of discovery (i.e., until one week after the mediation). At the conclusion of the stay, and if the mediation is unsuccessful, the parties will submit a revised proposed Case Management Order to conclude factual discovery (albeit beyond the current deadline, which is January 31, 2026).

We thank the Court for its consideration of the foregoing.

Respectfully submitted,
s/ *William M. Fennell*
William M. Fennell, Esq.
Giuliano McDonnell & Perrone, LLP

**cc (via ECF)**

Noe S. Hamra, Esq.
BLANK ROME, LLP
1271 Avenue of the Americas
New York, NY 10020
Email: Noe.Hamra@BlankRome.com

GRANTED. Discovery is STAYED pending the parties' mediation efforts. The parties shall file a further status update by **January 14, 2026**.

SO ORDERED. Dated December 15, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE